IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Remington | Chapter 13 |
| | 19-bk-05208 |
| Michael Remington | |
| Movant | Motion to Extend Time |

**MOTION FOR EXTENSION OF TIME**

**AND NOW**, the Debtor, by and through his attorney, Dawn Cutaia, of Pugh & Cutaia, PLLC files this Motion for Extension of Time and in support thereof states the following:

1. Debtor filed a Chapter 13 petition on December 6, 2019.
2. All of Debtor's documents have been filed except for his Plan.
3. Counsel for Debtor is still preparing his Plan, but due to the holidays needs additional time to finish the Plan and review it with Debtor.
4. Debtor's Plan is due December 20, 2019.
5. This is Debtor's first request for an extension.

**WHEREFORE**, respectfully this Honorable Court grant him an extension until January 10, 2020, to file all required documents.

Respectfully Submitted:
/s/ Dawn M. Cutaia
Attorney for Debtor
Supreme Court ID 77965

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael Remington                  Chapter 13

                                          19-bk-05208

Michael Remington
         Movant

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and Debtor is given an extension until January 10, 2020, to file all required documents.