```
                                United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                Case No. 19-05208-HWV
Michael Daniel Remington                                              Chapter 13
            Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 1            Date Rcvd: Jan 24, 2020
                              Form ID: ntcnfhrg            Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
```
db          +Michael Daniel Remington,    1230 E. Maple St., Address 2,    York, PA 17403-5731
5279281      Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5279284      Pnc,   P.o. Box 1820,    Dayton, OH 45401-1820
5279285     +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
5279286     +Social Security,    2670 Industrial Hwy,    York, PA 17402-2233
5283426     +Wellspan Health,    P O Box 15119,    York, PA 17405-7119
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 20:28:22
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5282819      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 20:15:57
              Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
              Charlotte, NC 28272-1083
5279282     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 20:15:57
              Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
5279279      E-mail/Text: cio.bncmail@irs.gov Jan 24 2020 20:10:38       Internal Revenue Service,
              Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5279283     +E-mail/Text: mmrgbk@miramedrg.com Jan 24 2020 20:11:13       Miramedrg,    360 E. 22nd Street,
              Lombard, IL 60148-4924
5289154      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 20:27:16
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5279353     +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 20:13:53       Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5279280     +E-mail/Text: kcm@yatb.com Jan 24 2020 20:10:27       York Adams Tax Bureau,    PO BOX 15627,
              York, PA 17405-0156
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Michael Daniel Remington dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Daniel Remington,  Chapter 13

**Debtor 1**

Case No.  1:19–bk–05208–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 4, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 11, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 24, 2020 |

ntcnfhrg (03/18)