In re:                                                          Case No. 19-05208-HWV
Michael Daniel Remington                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke      Page 1 of 1         Date Rcvd: Aug 06, 2020
                           Form ID: ordsmiss     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
```
db              +Michael Daniel Remington,    1230 E. Maple St., Address 2,   York, PA 17403-5731
5279281          Department of Revenue,    1 Revenue Place,   Harrisburg, PA 17129-0001
5294755         +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5279284          Pnc,   P.O. Box 1820,   Dayton, OH 45401-1820
5279285         +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
5279286         +Social Security,    2670 Industrial Hwy,    York, PA 17402-2233
5283426         +Wellspan Health,    P O Box 15119,   York, PA 17405-7119
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: PRA.COM Aug 06 2020 23:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5282819          EDI: CAPITALONE.COM Aug 06 2020 23:43:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
5279282         +EDI: CAPITALONE.COM Aug 06 2020 23:43:00      Capital One Bank Usa N,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
5279279          EDI: IRS.COM Aug 06 2020 23:43:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    Post Office Box 7346,   Philadelphia, PA 19101-7346
5279283         +E-mail/Text: mmrgbk@miramedrg.com Aug 06 2020 19:45:35      Miramedrg,    360 E. 22nd Street,
                 Lombard, IL 60148-4924
5289154          EDI: PRA.COM Aug 06 2020 23:43:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5279353         +EDI: RMSC.COM Aug 06 2020 23:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
5279280         +E-mail/Text: kcm@yatb.com Aug 06 2020 19:45:25      York Adams Tax Bureau,   PO BOX 15627,
                 York, PA 17405-0156
                                                                                              TOTAL: 8
```

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Michael Daniel Remington dmcutaia@gmail.com,
               cutaialawecf@gmail.com;dawn.nextchapterbk.com;r46159@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Daniel Remington,                    Chapter        13

**Debtor 1**

Case No.        1:19–bk–05208–HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  August 6, 2020                    By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)